**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | F&O Newport Beach LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-4494110 |
| 4. | Debtor's address | **Principal place of business**<br>151 Newport Center Drive<br>Newport Beach, CA 92660<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br>254 West 31st Street, 7th Floor<br>New York, NY 10001<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **F&O Newport Beach LLC**          Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor __F&O Newport Beach LLC__  
Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000  

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion  

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

20-22816-shl    Doc 1    Filed 07/03/20    Entered 07/03/20 12:32:41    Main Document
Pg 4 of 16

Debtor    **F&O Newport Beach LLC**
          Name

Case number *(if known)*

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2020**
               MM / DD / YYYY

X  **/s/ Alexis Blair**                                              **Alexis Blair**
   Signature of authorized representative of debtor                   Printed name

Title    **CEO**

**18. Signature of attorney**

X  **/s/ Robert L. Rattet**                                          Date    **July 3, 2020**
   Signature of attorney for debtor                                          MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone    **212 557 7200**        Email address    **rlr@dhclegal.com**

**1674118 NY**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

| Debtor | F&O Newport Beach LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | F&O Scarsdale LLC | | Relationship to you | | Affiliate |
|---|---|---|---|---|---|
| District | SDNY | When | Case number, if known | | 20-22808 |
| Debtor | See attached | | Relationship to you | | |
| District | | When | Case number, if known | | |

**SCHEDULE OF CASES BEING FILED BY DEBTOR AND AFFILIATES:**

F&O SCARSDALE LLC

LUXURY DINING GROUP LLC

FIG & OLIVE HOLDING LLC

FIG & OLIVE USA INC.

F&O LEXINGTON LLC

FIG & OLIVE THIRTEEN STREET LLC

FIG & OLIVE FIFTH AVENUE LLC

F&O HOUSTON LLC

F&O NEWPORT BEACH LLC

F&O MELROSE PLACE INC.

F&O LOS ANGELES INC.

**Fill in this information to identify the case:**

Debtor name: F&O Newport Beach LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2020       X /s/ Alexis Blair
                                Signature of individual signing on behalf of debtor

                                Alexis Blair
                                Printed name

                                CEO
                                Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: F&O Newport Beach LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT&T Mobility<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | | | | | | $1,302.40 |
| Avero<br>235 Park Avenue South<br>7th Floor<br>New York, NY 10003 | | | | | | $4,000.00 |
| CA Dept. of Tax & Fee Admin. Agency<br>450 North Street<br>Sacramento, CA 95814 | | | | | | $36,984.60 |
| Cardea Group, Inc.<br>295 Madison Ave., Ste. 1830<br>New York, NY 10017 | | | | | | $12,500.00 |
| Ecolab<br>PO Box 32027<br>New York, NY 10087 | | | | | | $2,038.58 |
| Edward Don & Co.<br>Attn: Credit Dept./Tina Rivera<br>9801 Adam Don Pkwy.<br>Woodridge, IL 60517 | | | | | | $3,937.91 |
| Fortessa Inc.<br>20412 Bashan Drive.<br>Ashburn, VA 20147 | | | | | | $1,240.88 |
| Gelato-Go<br>7135 Hollywood Blvd.<br>Unit 1207<br>Los Angeles, CA 90046 | | | | | | $1,770.00 |

| Debtor | F&O Newport Beach LLC | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Irvine Company 550 Newport Center Dr. Newport Beach, CA 92660 | | rent | Unliquidated Disputed | | | $215,143.71 |
| Littler Mendelson, PC P.O. Box 207137 Dallas, TX 75320-7137 | | | | | | $2,183.00 |
| Millpress Imports LLC 2146 City Line Rd. Bethlehem, PA 18017 | | | | | | $2,790.19 |
| P&R Paper Supply Co. Inc. P.O. Box 590 Redlands, CA 92373 | | | | | | $2,670.58 |
| Premier Meat Company P.O. Box 58183 Vernon, CA 90058 | | | | | | $8,218.45 |
| Rockenwagner Bakery 5462 W. Adams Blvd. Los Angeles, CA 90016 | | | | | | $1,599.91 |
| Santa Monica Seafood Co. 18531 S. Broadwick St. Compton, CA 90220 | | | | | | $3,932.98 |
| Signature Party Rentals 2211 S. Susan Street Santa Ana, CA 92706 | | | | | | $1,765.95 |
| Southern CA Edison 2244 Walnut Grove Ave. Rosemead, CA 91770 | | | | | | $5,501.69 |
| Southern Glazer's Wine & Spirits of Southern CA File 56002 Los Angeles, CA 90074-6002 | | | | | | $1,713.85 |

Debtor   **F&O Newport Beach LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stephan Corporation  12812 Knott Street  Garden Grove, CA 92841 | | | | | | $1,375.00 |
| Sysco LA  20701 East Currier Rd.  Walnut, CA 91789-2904 | | | | | | $3,890.61 |

# United States Bankruptcy Court
## Southern District of New York

In re: **F&O Newport Beach LLC**, Debtor(s)

Case No.: 
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fig & Olive Holding LLC | | 100% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 3, 2020

Signature: /s/ Alexis Blair
Alexis Blair

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: **F&O Newport Beach LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **F&O Newport Beach LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Fig & Olive Holding LLC

☐ None [Check if applicable]

July 3, 2020
Date

/s/ Robert L. Rattet
Robert L. Rattet
Signature of Attorney or Litigant
Counsel for F&O Newport Beach LLC
Davidoff Hutcher & Citron LLP
605 Third Avenue
34th Floor
New York, NY 10158
212 557 7200 Fax:212 286 1884
rlr@dhclegal.com

# FIG & OLIVE | *Luxury Dining Group*

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION F&O NEWPORT BEACH LLC**

I, **Alexis Blair** declare under penalty of perjury that I am the CEO of **F&O Newport Beach LLC** and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said Company at a special meeting duly called and held on the _2_ day of **July**, 2020.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alexis Blair**, CEO of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Alexis Blair**, CEO of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that **Alexis Blair**, CEO of this Company is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the Company in such bankruptcy case."

Date  7/2/20                                  Signed  [signature]

NEW YORK   LOS ANGELES   NEWPORT BEACH   CHICAGO   D.C.   HOUSTON
254 West 31 Street, 7 Floor, New York, NY 10001
figandolive.com

# United States Bankruptcy Court
## Southern District of New York

In re: **F&O Newport Beach LLC**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 3, 2020**

/s/ Alexis Blair
Alexis Blair/CEO
Signer/Title

Air Max
16787 Beach Blvd., Ste. 461
Huntington Beach, CA 92647

City of Newport
Water & Sewer
P.O. Box 1935
Newport Beach, CA 92658

Edward Don & Co.
Attn: Credit Dept./Tina R
9801 Adam Don Pkwy.
Woodridge, IL 60517

American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184

Coyle Hospitality Services
244 Madison Ave., Ste. 369
New York, NY 10016

Fortessa Inc.
20412 Bashan Drive.
Ashburn, VA 20147

AT&T Mobility
P.O. Box 5019
Carol Stream, IL 60197-5019

CT Corporation System, As Rep
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203

Gelato-Go
7135 Hollywood Blvd.
Unit 1207
Los Angeles, CA 90046

Avero
235 Park Avenue South
7th Floor
New York, NY 10003

Dartagnan Inc.
P.O. Box 447
Union, NJ 07083-0447

Giant CO2
531 Goetz Avenue
Santa Ana, CA 92707

Baker Commodities Inc.
4020 Bandini Blvd.
Los Angeles, CA 90058

Desert Publications Inc.
P.O. Box 2724
Palm Springs, CA 92263

Harbor Dist - CA d/b/a
Gate City/Allied/High De
P.O. Box 842685
Los Angeles, CA 90084-85

Brewsters Ice
613 6th Street
Huntington Beach, CA 92648

Digital Marketing Box US Inc.
9205 West Russell Rd., Ste. 240
Las Vegas, NV 89148

HEC Commercial Service I
19013 Ventura Blvd., Unit H
Tarzana, CA 91356

Brightview Landscape Services
P.O. Box 57515
Los Angeles, CA 90074-7515

Duckhorn Wine Company
Dept. LA 24662
Pasadena, CA 91185-4662

Hotschedules.com Inc.
P.O. Box 848472
Dallas, TX 75284-8472

CA Dept. of Tax & Fee Admin.
450 North Street
Sacramento, CA 95814

Eyenka b
Egencia
PO Box 32027
New York, NY 10087

Huntington Beach Propane
18961 Gothard Street
Huntington Beach, CA 926

Cardea Group, Inc.
295 Madison Ave., Ste. 1830
New York, NY 10017

Ecolab
1 Ecolab Place
Saint Paul, MN 55102

Internal Revenue Service
Centralized Insolvency O
P.O. Box 7346
Philadelphia, PA 19101-7

Chef's Toys Food Service Equipment
18430 Pacific Street
Fountain Valley, CA 92708

Ecolab Food Safety
Specialties Inc.
24198 Network Place
Chicago, IL 60673-1241

Irvine Company
550 Newport Center Dr.
Newport Beach, CA 92660

| | | |
|---|---|---|
| Jeff Bra... <br> 13691 Holt Avenue <br> Santa Ana, CA 92705 | ... Meat Co... <br> P.O. Box 58... <br> Vernon, CA 90058 | Stan... Fish Bridge <br> P.O. Box 241864 <br> Los Angeles, CA 90024 |
| Johnson Controls Security Solutions <br> P.O. Box 371967 <br> Pittsburgh, PA 15250-7967 | ProSource Window Cleaning <br> 1081 N. Kraemer Place, Ste. C <br> Anaheim, CA 92806 | Stephan Corporation <br> 12812 Knott Street <br> Garden Grove, CA 92841 |
| Littler Mendelson, PC <br> P.O. Box 207137 <br> Dallas, TX 75320-7137 | Ramco, Inc. <br> 3921 E. Miraloma Ave. <br> Anaheim, CA 92806 | Sysco LA <br> 20701 East Currier Rd. <br> Walnut, CA 91789-2904 |
| MHW Ltd. <br> 1129 Northern Blvd., Ste. 312 <br> Manhasset, NY 11030 | Rockenwagner Bakery <br> 5462 W. Adams Blvd. <br> Los Angeles, CA 90016 | TD Equipment Finance, In <br> 1006 Astoria Blvd. <br> Cherry Hill, NJ 08034 |
| Mike's Designer <br> 2930 1/2 Walton Ave. <br> Los Angeles, CA 90007 | Santa Monica Seafood Co. <br> 18531 S. Broadwick St. <br> Compton, CA 90220 | The A Specialist <br> 4500 Park Grenada Ste 202 <br> Calabasas, CA 91302 |
| Millpress Imports LLC <br> 2146 City Line Rd. <br> Bethlehem, PA 18017 | Signature Party Rentals <br> 2211 S. Susan Street <br> Santa Ana, CA 92706 | Travis Francis <br> c/o Stevens & McMillan <br> 335 Centennial Way <br> Attn: Daniel P. Stevens, E <br> Tustin, CA 92780 |
| National Fire & Safety Co. <br> Accounts Receivable <br> P.O. Box 2173 <br> Mission Viejo, CA 92690 | Southern CA Edison <br> 2244 Walnut Grove Ave. <br> Rosemead, CA 91770 | UL LLC, Everclean <br> 32097 Collection Dr. <br> Chicago, IL 60693-0097 |
| Office of the U.S. Trustee <br> 201 Varick Street, Room 1006 <br> New York, NY 10014 | Southern Glazer's Wine & Spirits <br> of Southern CA <br> File 56002 <br> Los Angeles, CA 90074-6002 | USFoods, Inc. <br> 15155 Northam Street <br> La Mirada, CA 90638 |
| Orange County Treasurer-Tax Collector <br> 601 N. Ross Street <br> Santa Ana, CA 92701 | Sparkletts <br> P.O. Box 660579 <br> Dallas, TX 75266 | Young's Market of CA, LL <br> P.O. Box 30145 <br> Los Angeles, CA 90030-01 |
| P&R Paper Supply Co. Inc. <br> P.O. Box 590 <br> Redlands, CA 92373 | Specialty Cellars <br> 13017 La Dana Court <br> Santa Fe Springs, CA 90670 | |